

# THE ATTORNEY GENERAL
## OF TEXAS

**CRAWFORD C. MARTIN**
**ATTORNEY GENERAL**

AUSTIN, TEXAS 78711

August 15, 1968

Honorable Virgil A. Walston
Chairman, Texas State Board of
  Registration for Public Surveyors
Austin, Texas

Opinion No. M-269

Re:  Whether a County Sur-
     veyor may legally make
     private surveys of lands
     in his county without
     being licensed under
     the Registered Public
     Surveyors Act of 1955,
     Article 5282a, V.C.S.

Dear Mr. Walston:

        In a recent letter you request an opinion from this
office as to:

        "Whether a County Surveyor may legally
    make private surveys of lands in his county
    without being licensed under the Registered
    Public Surveyors Act of 1955, Article 5282a,
    Vernon's Texas Civil Statutes."

        The Registered Public Surveyors Act of 1955, Article
5282a, Vernon's Civil Statutes, requires all surveyors in this
State to be registered if they are engaged in the practice of
public surveying unless exempted from the operations of the Act
as provided in Section 3 of Article 5282a.  A County Surveyor
acting in his official capacity as authorized by law, Article
5287, Vernon's Civil Statutes, is specifically exempt from the
requirements of the Act.

        Registered Professional Engineers may do survey work
under certain circumstances and need not be registered under
the Registered Public Surveyors Act.  /Attorney General's Opinion
No. WW-900 (1960) 7.  Consequently, if a Registered Professional
Engineer held the position of County Surveyor, he would not be
required to register under the Surveyors Act in order to do certain
private survey work for compensation, since under certain circum-
stances he would be operating in his professional capacity as au-
thorized by law.

- 1309 -

It is the opinion of this office that a County Surveyor conducting a survey in the employ of a private person for hire is not acting in his official capacity as authorized by law and therefore would occupy the same status as any other public surveyor. Consequently, he must be registered under the Act, unless otherwise exempted.

## S U M M A R Y

A County Surveyor may not legally make private surveys, for compensation, of lands in his county without being licensed under the Registered Public Surveyors Act of 1955, Article 5282a, Vernon's Civil Statutes, unless otherwise exempted from the requirements of said Act.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Philip G. Warner
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Hawthorne Phillips, Chairman
Kerns Taylor, Co-Chairman
Harold Kennedy
J. Obie Floyd
Pat Bailey
Roy Mouer

A. J. CARUBBI, JR.
Executive Assistant